In the Matter of RALPH S. KEEP et al., Appellants, against CITY OF LOCKPORT, Respondent.

(Argued January 21, 1935; decided February 26, 1935.)

*Ellsworth Storrs* for appellants.

*James J. Sullivan, Corporation Counsel (Daniel J. Kenefick, Jr., and Daniel J. Kenefick* of counsel), for respondent.

Order affirmed, with costs. Question certified not answered as the order is a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.